**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:13CR00347 JLH | |
| JOHN B. STACKS | | DEFENDANT |

## ORDER

The United States filed a motion under seal and has since informed the Court that the motion is moot. The motion is therefore denied. Document #29.

IT IS SO ORDERED this 5th day of March, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE