**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                             No. 4:13CR00347 JLH

JOHN B. STACKS                                                                                            DEFENDANT

## ORDER

Pending before the Court is the government's motion for Rule 15(a)(1) deposition of witness Jacob Slabiak. Without objection, the motion is GRANTED. Document #31. The issuance of a trial subpoena for September 10, 2014, in Little Rock, Arkansas, is hereby authorized.

IT IS SO ORDERED this 27th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE