**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             No. 4:13CR00347 JLH

JOHN B. STACKS                                                         DEFENDANT

**ORDER**

On the 29th day of September, 2014, this matter came before the Court for trial. The defendant, John B. Stacks, appeared in person and through his attorneys, Timothy O. Dudley and John C. Everett. The United States was represented by Assistant United States Attorneys Angela S. Jegley and Patrick C. Harris. A jury of twelve and two alternates was seated and sworn. Presentation of the evidence was concluded on the afternoon of October 6, 2014. Closing arguments were made and the jury was instructed on the law on October 7, 2014.

On the evening of October 9, 2014, the jury returned guilty verdicts on Counts 1-4, and 6-8 of the Second Superseding Indictment and reported that it was hopelessly deadlocked on Counts 9-11. Therefore, the Court hereby declares a mistrial on Counts 9-11 of the Second Superseding Indictment. A new trial date will be set by separate order.

IT IS SO ORDERED this 10th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE