# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          No. 4:13CR00347 JLH

JOHN B. STACKS                                               DEFENDANTS

## ORDER

On October 9, 2014, the jury returned guilty verdicts on Counts 1-4 and 6-8 of the Second Superseding Indictment and were unable to reach a verdict on Counts 9-11. The defendant has now filed a motion for permission to contact the jurors pursuant to Local Rule 47.1 of the Eastern District of Arkansas. The motion is GRANTED. Document #83.

IT IS THEREFORE ORDERED that the Jury Administrator is directed to send a letter of inquiry to each of the jurors sitting on this case to determine if they wish to be contacted. The names and telephone numbers of those who have indicated they have no objection to being contacted will be provided to attorneys for both parties as soon as the responses have been received.

The attorneys may contact the jurors whose names and phone numbers are provided in this matter but no others. Counsel are encouraged to work together to find an agreeable time when a representative from both sides can be available to discuss this matter with the consenting jurors.

IT IS SO ORDERED this 15th day of October, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE