**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                               No. 4:13CR00347 JLH

JOHN B. STACKS                                                         DEFENDANT

## ORDER

The motion filed by the United States to dismiss is GRANTED. Document #127. The indictment, the superseding indictment, and the second superseding indictment are hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE